**SIGNED.**

Dated: April 19, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FIRST MAGNUS FINANCIAL CORPORATION,<br><br>                Debtor.<br><br>LARRY LATTIG, LITIGATION TRUSTEE FOR THE FIRST MAGNUS LITIGATION TRUST,<br>                Plaintiffs,<br>vs.<br><br>NATIONAL BANK OF ARIZONA,<br>                Defendant. | Chapter 11<br><br>No. 4:07-bk-01578-JMM<br><br>Adversary No. 4:09-ap-00219-JMM<br><br><br>**MEMORANDUM DECISION**<br><br>**AND ORDER** |

Before the court are three matters. Discussion was had between counsel and the court, leading to the following resolutions:

## MOTION FOR PROTECTIVE ORDER RE: CONFIDENTIALITY (DN 54)

The parties will file documents, which respect the privacy of information as to third parties, under seal. Review of such documents shall be by counsel for the parties and the court, and not accessible by the general public.

An order will be prepared by counsel to effectuate this outcome. Both parties will sign off and approve the form of order. When submitted, the court will sign it.

| | |
|---|---|
| 1 | **MOTION FOR MORE DISCOVERY (DN 28)** |
| 2 | |
| 3 | The motion is GRANTED, subject to the parties attempting to narrow the scope. Any |
| 4 | discovery deadlines are extended for that purpose. The parties indicated that they would cooperate |
| 5 | in that respect. This resolves the matters. No further orders are required. |
| 6 | |
| 7 | **MOTIONS FOR SUMMARY JUDGMENT (DN 25, 36)** |
| 8 | |
| 9 | Until the discovery phase is completed, the parties appeared to acknowledge that the |
| 10 | pending motions for summary judgment were premature. Accordingly, |
| 11 | IT IS ORDERED DENYING the motions for summary judgment, without prejudice. |
| 12 | |
| 13 | DATED AND SIGNED ABOVE. |
| 14 | |
| 15 | COPIES to be sent by the Bankruptcy Notification |
| 16 | Center ("BNC") to all parties to this adversary proceeding. |